BIERBRAUER, Appellant, vs. KUHNEL and another, Respondents.

*May 11—June 10, 1904.*

*Appeal: Findings by referee.*

Findings by a referee, confirmed by the trial court and based upon sufficient evidence, will not be disturbed on appeal.

APPEAL from a judgment of the circuit court for Polk county: A. J. VINJE, Circuit Judge. *Affirmed.*

For the appellant the cause was submitted on the brief of *W. L. Severance.*

*Frank B. Dorothy,* for the respondents.

WINSLOW, J. This is an action to foreclose a mechanic's lien for labor and materials furnished in drilling a well upon the defendants' farm. The defense was that the contract was an entire contract to drill and complete a well to such a depth as would furnish twelve or fifteen feet of water and give the defendants a sufficient supply of water, and that the contract never had been fulfilled. The action was referred, and the referee found as a fact that the well never was completed according to the terms of the contract, and was of no value.

These findings were confirmed by the court, and are based upon sufficient evidence. Such being the case, there is no course open to us except to affirm the judgment of dismissal of the complaint which the court entered.

*By the Court.*—It is so ordered.